UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUISA MARIA VELEZ,

                              Plaintiff,                25 Civ. 10764 (JHR)

            -v.-                                        ORDER OF REFERENCE TO A
                                                        MAGISTRATE JUDGE
COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

JENNIFER H. REARDEN, District Judge:

    This action is referred to the designated Magistrate Judge for the following purpose(s):

☐    General Pretrial (includes scheduling,          ☐    Habeas Corpus
     discovery, non-dispositive pretrial motions,
     and settlement)                                 ☒    Social Security

☐    Dispositive Motion (i.e., motion requiring a    ☐    Inquest After Default/Damages Hearing
     Report and Recommendation)
     Particular Motion: _____        ☐    Consent under 28 U.S.C. § 636(c) for all
     All such motions: _____                              purposes (including trial)

☐    General Pretrial & Dispositive Motions (all     ☐    Consent under 28 U.S.C. § 636(c) for
     purposes except trial)                               limited purpose (e.g., dispositive motion,
                                                          preliminary injunction)
☐    Specific Non-Dispositive Motion/Dispute:             Purpose: _____
     _____

☐    Settlement


    SO ORDERED.

Dated:  January 6, 2026
        New York, New York


                                                     _____
                                                     JENNIFER H. REARDEN
                                                     United States District Judge